PD-0521-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/4/2015 2:01:52 PM
Accepted 5/4/2015 4:19:32 PM
ABEL ACOSTA
CLERK

No. _____

IN THE TEXAS COURT OF CRIMINAL APPEALS

TONY YUAN LI,

Petitioner

v.

THE STATE OF TEXAS,

Appellee

FILED IN
COURT OF CRIMINAL APPEALS

May 4, 2015

ABEL ACOSTA, CLERK

**MOTION TO EXTEND TIME FOR FILING PETITIONER'S PETITION FOR DISCRETIONARY REVIEW**

THE HONORABLE COURT OF APPEALS:

Tony Yuan Li, Petitioner, moves this Court to grant an extension of time for him to file his Petition for Discretionary Review, and respectfully states:

1. Petitioner's Petition for Discretionary Review is due to be filed with this Court on May 7, 2015.

2. Petitioner seeks a one-month extension to allow him to file his Petition, making new the deadline for filing of Petitioner's Petition for Discretionary Review June 8, 2015.

3. This extension of time is requested due to difficulty completing and filing the Petition for Discretionary Review by the deadline set forth in the Texas Rules of Appellate Procedure faced by Petitioner's counsel. The attorney responsible for this matter, who has been responsible for it for the preceding fifteen months, has been required to spend almost 100% of her time on

answering extremely lengthy discovery requests and amending pleadings in another matter. In the small amount of time not spent on that case over the last month, that attorney has been required to focus on other, smaller matters with more immediate deadlines, as well as attend hearings, meet with clients, and the like. Unfortunately, these demands have prevented Petitioner's counsel from spending more than only a few hours preparing the Petition for Discretionary Review. Petitioner's counsel believes that more time should be devoted to the Petition for Discretionary Review than is available in time between the filing of this Motion and the deadline for filing the Petition for Discretionary Review. An extension would therefore allow the attorney to whom the matter is assigned to spend adequate time preparing the Petition for Discretionary Review before it is filed with this Court.

4. This is the first extension of time Petitioner has sought for filing his Petition for Discretionary Review.

5. Petitioner is seeking review of his appeal before the Texas Court of Appeals for the Fifth District of Texas at Dallas, Case No. 05-14-01291-CR, Tony Yuan Li v. The State of Texas. The Fifth Court of Appeals rendered its judgment on Petitioner's appeal on January 16, 2015.

6. Petitioner filed a Motion for Rehearing on January 31, 2015. Contemporaneously, Petitioner filed a Motion for En Banc Reconsideration on January 31, 2015. The Fifth Court of Appeals rendered an Order denying Petitioner's Motion for Rehearing on February 25, 2015. The Fifth Court of Appeals rendered an Order denying Petitioner's Motion for En Banc Reconsideration on April 7, 2015.

7. This extension is not sought for delay, but so that justice may be done.

For the foregoing reasons, Petitioner requests that this Court render an order extending the time for filing Petitioner's Petition for Discretionary Review to and including June 8, 2015.

Respectfully submitted,

By: /s/William Chu
William Chu
Texas State Bar No. 04241000
Law Office of William Chu
4455 LBJ Freeway, Suite 909
Dallas, Texas 75244
Telephone: (972) 392-9888
Facsimile: (972) 392-9889
wmchulaw@aol.com
Attorney for Appellant

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon counsel of record for the State of Texas in accordance with the Texas Rules of Appellate Procedure on May 4, 2015, via e-service, addressed as follows:

Andrea L. Westerfeld
Collin County Assistant Criminal
District Attorney
2100 Bloomdale Road, Suite 200
McKinney, Texas 75071
Telephone: (972) 548-4323
Facsimile: (214) 491-4860
E-mail Address: awesterfeld@co.collin.tx.us

/s/William Chu
William Chu